Judson Brown, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-389-5000
Email: judson.brown@kirkland.com

Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq. Bar No. 11742
PISANELLI BICE
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702-214-2101
Email: dls@pisanellibice.com
Email: mmm@pisanellibice.com

*Attorneys for Charter Communications, Inc. and Spectrum Management Holding Company, LLC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC. AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE E.W. SCRIPPS COMPANY,<br><br>Defendant. | CASE NO. 2:26-CV-02676-MMD-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Charter Communications, Inc. and Spectrum Management Holding Company, LLC, voluntarily dismiss the above-captioned action without prejudice. Defendant The E.W. Scripps Company has not filed an answer or motion for summary judgment in this matter; a court order is thus not required and dismissal without prejudice is appropriat

Dated: September 8, 2026

Respectfully submitted,

PISANELLI BICE

By: */s/ M. Magali Mercera*

Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq., Bar No. 11742
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

Judson Brown, P.C. (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-389-5000
judson.brown@kirkland.com

*Attorneys for Plaintiffs Charter Communications, Inc. and Spectrum Management Holding Company, LLC.*